750 A.2d 88

IN THE MATTER OF MADELINE SCHWARTZ,
AN ATTORNEY AT LAW.

May 12, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court a decision concluding that **MADELINE SCHWARTZ,** of **PHILA-DELPHIA, PENNSYLVANIA,** who was admitted to the bar of this State in 1988, should be reprimanded for practicing law in New Jersey without a *bona fide* office and while ineligible to practice for failure to pay the annual assessment to the Lawyers' Fund for Client Protection, in violation of *RPC* 5.5(a), and for misrepresenting to a bankruptcy court that she was in good standing as an attorney, in violation of *RPC* 8.4(c);

And respondent having failed to appear on the return date of the Order to Show Cause issued in this matter;

And good cause appearing;

It is ORDERED that **MADELINE SCHWARTZ** is suspended from the practice of law for a period of three months, effective immediately; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of her suspension and that she comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for administrative costs incurred in the prosecution of this matter.